Filed 6/26/13  P. v. Rico CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br> Plaintiff and Respondent,<br><br>v.<br><br>ARMANDO LOMELI RICO,<br><br> Defendant and Appellant. | 2d Crim. No. B245551<br>(Super. Ct. No. 2012031741)<br>(Ventura County) |

Armando Lomeli Rico appeals from a judgment entered after conviction upon his plea of guilty to one count of assault by force.  (Pen. Code, § 245, subd. (a)(4).)

Rico pled guilty to assault by force after he hit a companion in the head with a beer bottle. The trial court denied his motion to replace counsel and withdraw his plea.  The court suspended imposition of sentence and placed Rico on probation with terms and conditions that included nine month in county jail.

We appointed counsel to represent Rico in this appeal.  After counsel's examination of the record, he filed an opening brief raising no issues.

On March 4, 2013, we advised Rico that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have not received a response.

We have reviewed the entire record and are satisfied that Rico's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.


We concur:


YEGAN, J.


PERREN, J.

2

Kevin G. DeNoce, Judge

Superior Court County of Ventura

_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.